1    MATTHEW R. ROGERS (SBN 128215)
     EMMA E. JACOBSON (SBN 245851)
2    **SQUIRE PATTON BOGGS (US) LLP**
     555 S. Flower Street, 31st Floor
3    Los Angeles, California 90071
     Telephone:  213.624.2500
4    Facsimile:  213.623.4581
     Email:        matthew.rogers@squirepb.com
5                   emma.jacobson@squirepb.com

6    Attorneys for Defendant,
     MERCEDES-BENZ USA, LLC

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NILAY CELIK; ARMAN CELIK,<br><br>         Plaintiffs,<br><br>     v.<br><br>MERCEDES-BENZ USA, LLC and<br>DOES 1 to 100,<br><br>         Defendants. | Case No. 2:15-CV-00307-ODW-AJWx<br><br>ORDER [16] |

## **ORDER**

      IT IS HEREBY ORDERED, pursuant to the foregoing Stipulation, that Mercedes-Benz USA, LLC is dismissed with prejudice, with each party bearing its own costs.

Dated:  April 13, 2016      _____

                               HONORABLE OTIS D. WRIGHT
                               UNITED STATES DISTRICT JUDGE